

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW DUNN | ) | |
| | ) | CASE NO.: 1:06-cv-04402 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Filip |
| | ) | |
| ATKINSON & MULLEN TRAVEL, INC. | ) | |
| dba APPLE VACATIONS | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

On March 5, 2007, Plaintiff Andrew Dunn filed a Notice of Acceptance of Defendant's Rule 68 Offer of Judgment with a Proof of Service and attaching Defendant's Offer of Judgment. Therefore, under the provisions of Rule 68 of the Federal Rules of Civil Procedure,

**IT IS ADJUDGED** that:

1. Plaintiff Andrew Dunn have judgment against Defendant Atkinson & Mullen Travel, Inc. d/b/a Apple Vacations in this sum of $13,000.00;

2. Costs and attorneys' fees incurred by Plaintiff are included in the sum specified above.

United States District Court
Northern District of Illinois

By: _____
JUDGE MARK R. FILIP

JUL 2 5 2007